# SHEBELL & SHEBELL LLC
## ATTORNEYS AT LAW

**Thomas F. Shebell, III***

Mark T. Apostolou, Jr.*
Danielle S. Chandonnet**
John H. Sanders, II*†

Catherine M. Carton
Michelle C. Shebell
Christian R. Mastondrea
Matthew R. Eichen
George A. McGowan, III
Nicholas V. Klimowicz

OF COUNSEL
*Raymond P. Shebell, Sr.*
*Thomas F. Shebell, Jr.***
*Philip G. Auerbach*
*Victor Rallo, Jr.*

IN MEMORIAM
*Thomas F. Shebell, Sr.*
*(1927-1986)*



*Certified by the Supreme Court of NJ as a Civil Trial Attorney*
**Member NJ & NY Bars*
† *Licensed in Illinois*

655 Shrewsbury Ave.
Suite 314
Shrewsbury, NJ 07702

T 732.663.1122
F 732.663.1144

www.Shebell.com

Affiliate Office

25 Monument St.
Suite A-1
Freehold, NJ 07728

June 25, 2020

**_Via E-filing_**
Honorable Joel Schneider, U.S.M.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

Re:  Wilson v. State of New Jersey, et al.
     Civil Action No.: 1:16-cv-07915-RBK-JS
     File No.: 49633

Dear Judge Schneider:

I write to advise the Court concerning the progress of settlement in this matter, which was conferenced before the Court on March 6, 2020.

On June 4, 2020 we received the Certification of No Objection, which was issued by the Bankruptcy Court handling the Chapter 7 Bankruptcy matter <u>Melanie Wilson v. State of New Jersey</u>, Case No. 18-29383/JNP.  On June 5, 2020, said Certification was forwarded to counsel for the Department of Corrections in the present case. Presently, we are awaiting receipt of a release from defense counsel.

As this matter is now settled, the Court may enter an Order Administratively Terminating Action Pending Consummation of Settlement.

Thank you for your courtesies,

Respectfully submitted,
/s/ *John H. Sanders, II*
JOHN H. SANDERS, II

JHS/lmp
cc:  Jemi G. Lucey, Esq.
     Joel Clymer, Esq.