

Thomas F. Shebell, III\*

Mark T. Apostolou, Jr. \*
Danielle S. Chandonnet\*\*
John H. Sanders, II\*

Catherine M. Carton\*\*
Michelle C. Shebell
Christian R. Mastondrea
Matthew R. Eichen
George A. McGowan, III
Nicholas V. Klimowicz

OF COUNSEL
*Raymond P. Shebell,* Sr.
*Thomas F. Shebell, Jr.* \*\*
*Philip G. Auerbach*
*Victor Rallo,* Jr.

IN MEMORIAM
*Thomas F. Shebell, Sr.*
*(1927-1986)*



\**Certified by the Supreme Court
of NJ as a Civil Trial Attorney*
\*\* Member *NJ* & *NY Bars*
*t License in Illinois*

655 Shrewsbury Ave.
Suite 314
Shrewsbury, NJ 07702

T  732.663.1122
F  732.663.1144

www.Shebell.com

Affiliate Office

25 Monument St.
Suite A-1
Freehold, NJ 07728

August 31, 2020

**<u>Via eFiling</u>**
Honorable Joel Schneider, U.S.M.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

  **Re:** **Wilson v. State of New Jersey, et al.**
    **Civil Action No.: 1:16-cv-07915-RBK-JS**
    **File No.:  49633**

Dear Judge Schneider:

 This office represents plaintiff, Melanie Wilson, with regard to the above referenced matter.  The 60-day Order administratively terminating the case comes due today however, we would respectfully request a 35-day extension to accommodate the court's prior order directing the check to be submitted to the plaintiff within 30 days of the transmittal of the release.

 Should the Court need any further information, please do not hesitate to contact me.

 Thank you for your courtesies,

    Respectfully submitted,

    */s/ John H. Sanders, II*
    JOHN H. SANDERS, II

JHS/lmp
cc: Jemi G. Lucey, Esq.
   Joel Clymer, Esq.